United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. DODGHSON,<br>　　　　Plaintiff,<br>　v.<br>NANCY BERRYHILL,<br>　　　　Defendant. | Case No. 17-cv-02602-MEJ<br><br>**JUDGMENT** |

On May 2, 2018, the Court granted Plaintiff Julie A. Dodghson's Motion for Summary Judgment and denied Defendant Nancy Berryhill's Cross-Motion for Summary Judgment. *See* Dkt. No. 33. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 2, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge